441 A.2d 1193

**OFFICE OF DISCIPLINARY COUNSEL**

v.

**Harry C. JACKSON, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 19, 1982.

Decided March 8, 1982.

Stephen P. Shaak, Asst. Discip. Counsel, Harrisburg, for petitioner.

Joseph P. Zawrotny, Philadelphia, for respondent.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Rule to Show Cause why respondent should not be disbarred is discharged and respondent is suspended from the practice of law for five years, effective September 25, 1981.

LARSEN, J., dissents and would disbar respondent.